# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EILEEN RIZK, individually and on behalf of all others situated, | ) Case No. 1:20cv1865 ) ) Judge J. Philip Calabrese ) |
| Plaintiff, | ) Magistrate Judge Thomas M. Parker ) |
| v. | ) ) ) ) |
| OLD DOMINION FREIGHT LINE, INC., | ) |
| Defendant. | |

## JUDGMENT

The Court filed its Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: April 28, 2021

                                                    s/ J. Philip Calabrese
                                                  United States District Judge
                                                  Northern District of Ohio